

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2020

No. 04-20-00025-CV

Diana Martinez **MCGLOWN**,
Appellant

v.

**WELLS FARGO BANK, N. A**.,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV05083
Honorable Melissa Vara, Judge Presiding

# O R D E R

Because it appeared the notice of appeal was potentially untimely filed, we ordered appellant to show cause in writing by March 25, 2020, why this appeal should not be dismissed for lack of jurisdiction. Appellant responded with a reasonable explanation for failing to file the notice of appeal in a timely manner. *See* TEX. R. APP. P. 26.3, 10.5(b)(1)(C); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Accordingly, we deem the notice of appeal timely filed and retain the appeal on the docket of this court.

It is ORDERED that Appellant's brief is due thirty days from the date of this order. Appellant's brief must comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.1, 9.4, 9.5, 9.9, 38.1. Among other requirements, appellant's brief must contain appropriate citations to authorities and must contain proper record citations to any documents referenced in the brief. *See id.* R. 34.1, 38.1(g), (i). This court will not consider any documents included in an appendix to appellant's brief that are not contained in the clerk's record. *See Blank v. State*, 172 S.W.3d 673, 675 n.1 (Tex. App.—San Antonio 2005, no pet.) (not designated for publication).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2020.



MICHAEL A. CRUZ,
Clerk of Court